IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**GUILLERMO RUIZ,**

    **Plaintiff,**

v.                                                                    **No. CV 13-236 JB/LAM**

**STATE OF NEW MEXICO,**

    **Defendants.**

### ORDER TO CURE DEFICIENCY

Plaintiff submitted a civil rights complaint (*Doc. 1*), on March 7, 2013. The Court has determined that Plaintiff's filing is deficient as described in this order. Plaintiff is directed to cure the following if he wishes to pursue his claims:

**I. Filing Fee.**

    **X**    No filing fee ($350 civil) has been received.

**II. Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**

(1) **X** is not filed
(2) ___ is missing affidavit
(3) ___ is missing certified copy of prisoner's inmate account statement for the 6-month period immediately preceding this filing
(4) ___ is missing required financial information
(5) ___ is missing an original signature by the prisoner
(6) ___ is not on proper form (must use current form)
(7) ___ names in caption do not match names in caption of complaint, petition or habeas application
(8) ___ An original and a copy have not been received by the Court. Only an original has been received.
(9) ___ other _____

**III. Complaint, Petition or Application:**

(1) ___ is missing
(2) ___ is not on proper form (must use our form Rev. 5/96)
(3) ___ is missing an original signature by the prisoner

(4) ___   is missing page nos. ___
(5) ___   uses et al. instead of listing all defendants/respondents
(6) ___   An original and a copy have not been received by the Court.  Only an original has been received.
(7) ___   Sufficient copies to serve each defendant/respondent have not been received by the Court.
(8) ___   names in caption do not match names in text
(9) ___   other _____

Papers filed in response to this order must include the civil action number (CV 13-0236 JB/LAM) of this case.  Failure to cure the designated deficiencies **within thirty (30) days from the date of this order** may result in **dismissal** of this action without further notice.

**IT IS THEREFORE ORDERED** that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**;

**IT IS FURTHER ORDERED** that the Clerk is directed to mail to Plaintiff, together with a copy of this order, the following forms: 2 copies each of an Application to Proceed Without Prepaying Fees or Costs and Financial Certificate.

**IT IS FURTHER ORDERED** that, **if Plaintiff fails to cure the designated deficiencies within thirty (30) days from the date of this order, this action may be dismissed without prejudice without further notice.**

**IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**