IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GUILLERMO RUIZ,

    Plaintiff,

v.                                                           No. CIV 13-0236 JB/LAM

STATE OF NEW MEXICO,

    Defendant.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Court's Memorandum Opinion and Order, filed March 29, 2013 (Doc. 5). In its Memorandum Opinion and Order, the Court dismissed without prejudice all claims before the Court, pursuant to rule 41(a)(1) of the Federal Rules of Civil Procedure. Because the Court's Memorandum Opinion and Order thus resolves all claims in the case, the Court concludes that entry of final judgment is appropriate.

**IT IS ORDERED** that all claims against all parties and this case are hereby dismissed, and final judgment is entered in this matter.

                                                                                  _____
                                                                                  UNITED STATES DISTRICT JUDGE

*Parties:*

Guillermo Ruiz
Chaparral, New Mexico

       *Plaintiff pro se*